IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIO ARCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 18-cv-1348-SMY-GCS |
| | ) |
| WEXFORD HEALTH SERVICES, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Gilbert C. Sison (Doc. 81) recommending that Defendants Wexford Health Services, Timothy Adesanyapa, Blum, and Dr. Butalid's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies be granted in part and denied in part (Doc. 65). No objections to the Report have been filed. For the following reasons, Judge Sison's Report is **ADOPTED**.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *See Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court reviews the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Here, Judge Sison thoroughly discussed and supported his conclusions and the Court finds no clear error in his findings or analysis. Accordingly, the Court adopts Judge Sison's Report and

Recommendation in its entirety. Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Doc. 40) is **GRANTED** as to Defendant Adesanyapa, and Plaintiff's claims against him are **DISMISSED without prejudice**. The Motion is DENIED as to Defendants Wexford Health Services, Nurse Blum and Dr. Butalid; Plaintiff's claims will proceed against these defendants.

**IT IS SO ORDERED.**

**DATED: December 9, 2019**

**STACI M. YANDLE**
**United States District Judge**